lation to West 160th Street. No opinion. Motion granted, with $10 costs, unless appellant comply with terms stated in order. Order filed. See, also, 133 App. Div. 898, 118 N. Y. Supp. 1149.

WHITE, Appellant, v. DEVENDORF, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 9, 1908.) Action by Minnie White against Clara Brown Devendorf, as administratrix, etc., of H. Nelson Brown, deceased. No opinion. Judgment and order appealed from affirmed, with costs. Judgment affirmed by Court of Appeals, 91 N. E. 1122.

WHITE et al., Appellants, v. MARYLAND CASUALTY CO., Respondent. (Supreme Court, Appellate Division, Second Department. March 31, 1910.) Action by Richard S. White and others against the Maryland Casualty Company. No opinion. Order affirmed, with $10 costs and disbursements, on the authority of Genet v. President, etc., 113 N. Y. 472, 21 N. E. 390.

WHITE, Appellant, v. WATTS et al., Respondents. (Supreme Court, Appellate Division, Second Department. April 22, 1910.) Action by Andrew A. White against Thomas Watts and others. No opinion. Judgment and orders affirmed, with costs. Motion dismissed, without costs. See, also, 128 App. Div. 884, 112 N. Y. Supp. 1150.

WILEY et al., Respondents, v. SMITH, Appellant. (Supreme Court, Appellate Division, Second Department. April 22, 1910.) Action by Milnor Wiley and another against George M. Smith.

PER CURIAM. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event, on the ground that it does not appear that the promise of the defendant to divide the commissions with the plaintiffs had any consideration.

THOMAS, J., dissents.

WILLNER v. MINK RESTAURANT CO. (Supreme Court, Appellate Division, First Department. March 31, 1910.) Action by Max Willner against the Mink Restaurant Company. No opinion. Motion denied, without costs. Order filed. See, also, 61 Misc. Rep. 73, 113 N. Y. Supp. 31; 60 Misc. Rep. 358, 113 N. Y. Supp. 633.

WILLNER v. MINK RESTAURANT CO. (Supreme Court, Appellate Division, First Department. April 15, 1910.) Action by Max Willner against the Mink Restaurant Company. No opinion. Motion to dismiss appeal granted,

with $10 costs, unless appellant comply wi terms stated in order. Order filed. See, als supra.

WILLOUGHBY, Respondent, v. PATTE Appellant. (Supreme Court, Appellate Div sion, Second Department. April 22, 1910.) A tion by Charles G. Willoughby against Da A. Patten. No opinion. Motion granted, condition that the appellant perfect his appe within five days, place the same upon the cale dar of this court, and be ready for argume when reached; otherwise, motion denied, wi $10 costs. See, also, 121 N. Y. Supp. 1151.

WILSON, Appellant, v. BURGESS et a Respondents. (Supreme Court, Appellate D vision, First Department. April 8, 1910.) A tion by Fred B. Wilson against Cora L. Bu gess and others. H. G. K. Heath, for appe lant. A. Stickney, for respondents. No opi ion. Order affirmed, with $10 costs and di bursements. Order filed.

WOELFLE, Respondent, v. HENINGHA Appellant. (Supreme Court, Appellate Div sion, Second Department. March 31, 1910 Action by Louis Woelfle against Richard Heningham. No opinion. Judgment of th Municipal Court affirmed, with costs.

In re WOLFF. (Supreme Court, Appellat Division, Second Department. March 31, 1910 In the matter of the application of Daniel Wol for a peremptory writ of mandamus agains James J. Fleming, Commissioner of Publi Safety of the City of Yonkers. No opinior Order affirmed, with $10 costs and disburse ments.

WOODBURY et al. v. BUGGELN et a (Supreme Court, Appellate Division, First De partment. April 15, 1910.) Action by Willia A. Woodbury and others against Robert Bug geln and others. No opinion. Motion to dis miss appeal granted, with $10 costs, unless ap pellants comply with terms stated in orde Order filed. See, also, 135 App. Div. 917, 11 N. Y. Supp. 1150.

WRIGHT, Appellant, v. NORTHERN AS SUR. CO., Respondent. (Supreme Court, Ap pellate Division, First Department. March 11 1910.) Action by Charles O. Wright agains the Northern Assurance Company. H. B. Da vis, for appellant. R. F. Randall, for respond ent. No opinion. Order affirmed, with costs Order filed.

WURSTER et al., Appellants, v. CITY O NEW YORK et al., Respondents. (Suprem Court, Appellate Division, Second Department